EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00300-01 JMS |
| Plaintiff, | GOVERNMENT'S SENTENCING STATEMENT |
| vs. | |
| LEANDRO GOMEZ, III, (01), aka "Leo," | Date:  September 18, 2006 |
| | Judge: Hon. J. Michael Seabright |
| Defendant. | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  August 3, 2006, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                                  By /s/ Michael K. Kawahara
                                     MICHAEL K. KAWAHARA
                                     Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Mr. Kenneth R. Elliott<br>Attorney at Law<br>400 S. Melrose Drive, Suite 103<br>Vista, CA 92081<br><br>Attorney for Defendant<br>Leandro Gomez, III | August 3, 2006 |

Served by hand-delivery:

| | |
|---|---|
| Probation Officer<br>300 Ala Moana Blvd.<br>Box 50111, Rm. C-126<br>Honolulu, HI  96850 | August 3, 2006 |

                                            /s/ Rowena N. Kang