EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-0300JMS-01 |
| | ) | |
| Plaintiff, | ) | MOTION FOR DOWNWARD DEPARTURE |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | (**LEANDRO GOMEZ, III**) |
| | ) | |
| LEANDRO GOMEZ, III, also (01)  known as "Leo", | ) ) | |
| NATHANIEL RUSSELL, also (02)  known as "Bobo" or "Bo", | ) ) | |
| PAMELA MAHEALANI NEWTON, (03) | ) | |
| JOHN CORNIEL, JR.,  (04) | ) | |
| CYRINAH L. AKEN, also (05)  known as "Cyrinah L.  Solomon", | ) ) ) | |
| CHARLES R.K. FARREN, (06) | ) | |
| REED KALEOOKALANI AKEN, (07)  SENIOR, | ) ) | Sentencing date: 9/18/06 at  2:15 p.m., before the Hon. |
| ROGER MANU BATES, also (08)  known as "Manu", | ) ) | J. Michael Seabright, U.S.  District Judge |
| TIMOTHY JAMES SULLIVAN, (09)  also known as "Tim", | ) ) | |
| GILBERT GOMEZ, also (10)  known as "Glen", | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR DOWNWARD DEPARTURE
IN SENTENCING DEFENDANT
[LEANDRO GOMEZ, III]**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in

imposing sentence upon defendant above-named, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

    This motion is made pursuant to U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

    DATED: Honolulu, Hawaii, August 22, 2006.

    EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

KENNETH R. ELLIOT, ESQ.
400 S. Melrose Drive, Suite #103
Vista, CA 92081

BENJAMIN R.C. IGNACIO, ESQ.
Hawk Sing & Ignacio
1130 N. Nimitz Hwy, Suite #B-223
Honolulu, HI 96817

  Attorneys for defendant
  Leandro Gomez, III

Served by hand-delivery:

Probation Officer
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850

                                        /s/ Rowena N. Kang