**KENNETH R ELLIOTT**
LAW OFFICES OF ELLIOTT & ELLIOTT
400 S. Melrose Drive, Ste. 103
Vista CA 92081
**(760)630-3333**
State Bar #138655

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:05-00300-01JMS |
| Plaintiff, ) | SENTENCING STATEMENT |
| vs. ) | |
| LEANDRO GOMEZ III, (01), ) | Date: September 18, 2006 |
| Defendant. ) | Judge Seabright |

### DEFENDANT'S SENTENCING STATEMENT

The defendant has no objections to the proposed presentence report.

Dated: August 28, 2006

At Vista, California

Respectfully submitted:

**KENNETH R. ELLIOTT**
Attorney for Defendant

## PROOF OF SERVICE BY MAIL- OFFICE DEPOSIT [CCP1013(a)(3)]

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California, I am over the age of 18 years, and not a party to the within action; my business address is 400 S. Melrose Drive, Ste. 103, Vista California, 92081.
I am readily familiar with my employer's business practice for collection and processing of correspondence by mailing with the United States Postal Service.
On AUGUST 28, 2006, following ordinary business practice, I served the within:

### SENTENCING STATEMENT

on the party or parties named below, by placing the original or a true and correct copy thereof in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**OFFICE OF THE CLERK**
**300 Ala Moana Blvd.**
**Room C-338**
**Honolulu HI 96850**

I declare under penalty of perjury under the laws of the State of California that the foregoing Proof of Service is true and correct and that this declaration was executed on August 28, 2006, at Vista, California.

By: _____
HEATHER MINTO