# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 05-00300JMS-01

CASE NAME: United States of America vs. Leandro Gomez, III, aka "Leo"

ATTYS FOR PLA: Michael K. Kawahara

ATTYS FOR DEFT: Kenneth R. Elliott
Benjamin R. C. Ignacio

U.S.P.O: Mona Godinet

JUDGE: J. Michael Seabright          REPORTER: Sharon Ross

DATE: 9/18/2006                      TIME: 2:40 - 2:50

COURT ACTION: Sentencing to Count 1 of the First Superseding Indictment:

Defendant present in custody with counsels Kenneth Elliott and Benjamin Ignacio.

Sentencing continued to Monday, October 30, 2006 at 11:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager