ORIGINAL

BENJAMIN R.C. IGNACIO #5811

HAWK SING & IGNACIO
NIMITZ CENTER
1130 N. Nimitz Hwy, B-223
Honolulu, Hawaii 96817
Tel.:(808) 532-3800
FAX.:(808) 531-3804

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 7 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEANDRO GOMES,<br><br>           Defendant. | CR. NO. 05-0300 JMS<br><br>NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND HAVE COUNSEL APPOINTED TO DEFENDANT FOR PURPOSES OF APPEAL; DECLARATION OF COUNSEL; NOTICE OF HEARING ON MOTION; CERTIFICATE OF SERVICE<br><br>DATE: _____<br>TIME: _____<br>JUDGE: _____ |

TO:  MIKE KAWAHARA, Jr., ESQ.
     Assistant U.S. Attorney
     Rm. 6100, 300 Ala Moana Blvd.
     Honolulu, Hawaii  96813
     Attorney for United States

     PLEASE TAKE NOTICE that the foregoing Motion will be presented before the Honorable Judge _____ of the above-entitled Court, in his courtroom at the United States District Courthouse, District of Hawaii, 300 Ala Moana Blvd., Honolulu, Hawaii, 96813, on

_____

2006 at __:__ am/pm, or as soon thereafter as Counsel may be heard.