IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEANDRO GOMES<br><br>        Defendant. | CR. NO. 05-0300 JMS<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND HAVE COUNSEL APPOINTED TO DEFENDANT FOR PURPOSES OF APPEAL |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND HAVE COUNSEL APPOINTED TO DEFENDANT FOR PURPOSES OF APPEAL

COMES NOW DEFENDANT BENJAMIN IGNACIO AND KENNETH ELLIOT presently local counsel and counsel pro hac vice, respectively, of Defendant LEANDRO GOMES, to hereby move this Honorable Court for leave to withdraw as counsel for Defendant and to appoint substitute counsel for purposes of appeal.

This Motion is brought pursuant to Rules 12 and 47 of the Federal Rules of Criminal Procedure, The Sixth Amendment to the United States Constitution, and is based on the entire records and files herein including the attached Declaration of Counsel.

DATED: Honolulu, Hawaii   11-07-06   .

BENJAMIN R.C. IGNACIO
Attorney for Defendant