IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-0300 JMS |
| vs. | ) |
| LEANDRO GOMES | ) DECLARATION OF COUNSEL |
| Defendant. | ) |

DECLARATION OF COUNSEL

I, BENJAMIN R.C. IGNACIO, do hereby declare as follows:

1. That I am an attorney duly licensed to practice before this Honorable Court, that I am one of the attorneys representing Defendant GOMES in the above-captioned case, and that I am competent to testify as to the matters contained herein;

2. Declarant is local counsel for Defendant, and co-counsel pro hac vice is California attorney Kenneth Elliott;

3. That Defendant was sentenced on October 30, 2006 before the Honorable Judge J. Michael Seabright;

4. That Defendant has requested that a Notice of Appeal be filed in this matter, but that he cannot afford the services of present counsel for purposes of appeal;

5. A Notice of Appeal is therefore being filed contemporaneously herewith, but counsel hereby request that they be granted leave to withdraw as counsel for Defendant and that substitute counsel be appointed for said appeal;

6. That Defendant is consents to the withdrawal of Declarant and pro hac vice counsel Kenneth Elliott;

7. That Declarant has spoken to Mr. Elliott and he is in agreement with this request

8. That for the foregoing reasons, this Honorable Court should grant the instant Motion and appoint substitute counsel for purposes of appeal.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATED: Honolulu, Hawaii November 7, 2006

_____
BENJAMIN R.C. IGNACIO
Declarant