IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0300 JMS |
| | ) | |
| vs. | ) | |
| | ) | |
| LEANDRO GOMES | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was duly served by hand delivery addressed as follows:

MICHAEL K. KAWAHARA, Esq.
Assistant U.S. Attorney
PJKK Federal Bldg.
Rm. 6100 300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii   November 7, 2006

BENJAMIN R.C. IGNACIO
Attorney for Defendant