BENJAMIN R.C. IGNACIO #5811

HAWK SING & IGNACIO
NIMITZ CENTER
1130 N. Nimitz Hwy, B-223
Honolulu, Hawaii 96817
Tel.:(808) 532-3800
FAX.:(808) 531-3804

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 8 2006

at ____ o'clock and 05 min P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | )   CR. NO. 05-0300 JMS |
| | ) |
| | ) |
| vs. | )   NOTICE OF APPEAL; CERTIFICATE |
| | )   OF SERVICE |
| | ) |
| | ) |
| LEANDRO GOMES | ) |
|        Defendant. | ) |
| | ) |

### NOTICE OF APPEAL

COMES NOW DEFENDANT LEANDRO GOMES, by and through his
attorney, BENJAMIN R.C. IGNACIO, to hereby give notice of her
appeal to the United States Court of Appeals of the Ninth
Circuit, from the final judgment and sentence orally entered in
the above-captioned matter on October 30, 2006.

DATED: Honolulu, Hawaii    11-08-06     .

BENJAMIN R.C. IGNACIO
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0300 JMS |
| | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |
| | ) | |
| LEANDRO GOMES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was duly served by hand delivery addressed as follows:

MICHAEL K. KAWAHARA, Esq.
Assistant U.S. Attorney
PJKK Federal Bldg.
Rm. 6100 300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii  November 8, 2006

BENJAMIN R.C. IGNACIO
Attorney for Defendant