# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 237336 |
|---------|--------|
| Trans   | 142769 |

Received From:     **BENJAMIN R.C. IGNACIO**

Case Number:

Reference Number:   **CR 05-300**

| | Check | 455.00 |
|---|-------|--------|
| | Total | 455.00 |

| Description | Fund | Qty | Amount |
|-------------|------|-----|--------|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | **Total** | | **455.00** |
| | Tend | | 455.00 |
| | Due | | 0.00 |

11/08/2006 02:08:41 PM      Deputy Clerk:  lg/EPS