# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00300JMS |
| CASE NAME: | USA v. (01) Leandro Gomez, III, aka "Leo"<br>(02) Nathaniel Russell, aka "Bobo," aka "Bo" |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | (01) Benjamin R.C. Ignacio for Kenneth Elliott<br>(01) Benjamin R.C. Ignacio<br>(02) Brandon K. Flores |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 11/17/2006 | TIME: | 10:02-10:08:38am<br>10:10:10-10:12:11am |

COURT ACTION:  EP:
1.  Motion to Withdraw as Counsel for Defendant and Have Counsel Appointed to Defendant for Purposes of Appeal as to Defendant (01) Leandro Gomez, III, aka "Leo" [326]
2.  Motion to Withdraw as Counsel as to Defendant (02) Nathaniel Russell, aka "Bobo," aka "Bo"  [334]

Defendant 01 and 02 present, both in custody.


Motion to Withdraw as Counsel for Defendant and Have Counsel Appointed to Defendant for Purposes of Appeal as to Defendant (01) Leandro Gomez, III, aka "Leo" [326].  Defendant sworn to the financial affidavit and request for court appointed attorney is granted.  Motion granted.  Court to appoint CJA panel attorney for purposes of appeal.  Mr. Ignacio to prepare the order.

 Motion to Withdraw as Counsel as to Defendant (02) Nathaniel Russell, aka "Bobo," aka "Bo"  [334].  Motion granted.  Court to appoint CJA panel attorney.  Mr. Flores to prepare the order.

Defendants 01 and 02 are remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager