UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

FILED
JAN 17 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

I.  **SHORT CASE TITLE:** U.S.A. vs. LEANDRO GOMEZ, III

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-10037

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00300 JMS 01

II  **DATE NOTICE OF APPEAL FILED:** 11/8/2006

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 19 2007
DISTRICT OF HAWAII

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 11/8/2006    **AMOUNT:** $255.00

   **NOT PAID YET:**    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**    **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   George Bartels

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)