ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __--__   U.S. District Court Case No. CR 05-00300 JMS 01

Short Case Title U.S. v. Gomez III

Date Notice of Appeal Filed by Clerk of District Court November 8, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 19 2007
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 1/23/06 | ESR | Change of Plea |
| 10/30/06 | Sharon Ross | Other (please specify) Sentencing |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 1/17/07   Estimated date for completion of transcript _____

Print Name of Attorney Jack Schweigert, Esq.   Phone Number (808) 533-7491

Signature of Attorney _[signature]_

Address 550 Halekauwila Street, Room 309, Honolulu, HI  96813

SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK