INTERNAL USE ONLY: Proceedings include all events.
07-10040 USA v. Gomez

| | | |
|---|---|---|
| 1/22/07 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. Filed in D.C. on 11/27/06; setting schedule as follows: transcript shall be ordered by 12/18/06 for Leandro Gomez; transcript shall be filed by 1/17/07; appellants' briefs, excerpts due by 2/26/07 for Leandro Gomez; appellees' brief due 3/28/07 for USA; appellants' reply brief due by 4/11/07 for Leandro Gomez. (RT required: y) (Sentence imp 284 mos.) [07-10040] (lee) [07-10040] |
| 1/23/07 | 3 | Terminated Case: Opened in Error (Case duplicative of 07-10037). [07-10040] (ba) [07-10040] |

CR-05-00300 jms (01)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 26 2007

at 11 o'clock and 35 min. A M
SUE BEITIA, CLERK

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 23 2007

by: _____
Deputy Clerk

Docket as of January 23, 2007 5:37 pm              Page 4    NON-PUBLIC

SAN FRANCISCO CA 941
24 JAN 2007
US POSTAGE
$00.390
Mailed From 94103
01/24/2007

**LEGAL MAIL**

UNITED STATES COURT OF APPEALS
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939