AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 05-00300-SOM 01 |

(01) LEANDRO GOMEZ, III aka "Leo"

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at __ o'clock and 10 min __ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (01) LEANDRO GOMEZ, III aka "Leo" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Title 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine, a Schedule II Controlled substance - Count 1 - 07/14/2005.

Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) - Knowingly and Intentionally Possess with Intent to Distribute Methamphetamine, a Schedule II controlled substance - Count 2 - 05/28/2005 and Count 3 - 06/09/2005.

SEALED BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 846: 841(a)(1) and 841(b)(1)(A) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | July 14, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Barry M. Kurren, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 8/31/05 | for USMS, NV | Brent C. L. [signature] |