UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LEANDRO GOMEZ, III,<br><br>Defendant - Appellant. | No. 07-10037<br>D.C. No. CR-05-00300-JMS<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED as to the Conviction; DISMISSED as to the sentence**

Filed and entered 09/28/07

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

NOV 19 2007

by:
Deputy Clerk