**FILED**

NOT FOR PUBLICATION

SEP 28 2007



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-10037 |
| Plaintiff - Appellee, | D.C. No. CR-05-00300-JMS |
| v. | |
| LEANDRO GOMEZ, III, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, District Judge, Presiding

Submitted September 24, 2007**

Before:   CANBY, TASHIMA and RAWLINSON, Circuit Judges.

Leandro Gomez, III appeals from his guilty-plea conviction and 284-month sentence for conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1),

---

\*   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(b)(1)(A), and 846.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gomez's counsel has filed a brief stating that he finds no meritorious issues for review, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed. Appellee has filed a motion to dismiss the appeal.

We have reviewed the brief and motions, and conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988). We affirm the conviction, and dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Accordingly, we **GRANT** counsel's motion to withdraw, **GRANT** Appellee's motion to dismiss based on the valid appeal waiver,[1] and **DENY** all other pending motions.

Conviction **AFFIRMED**; Appeal of sentence **DISMISSED**.

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

NOV 19 2007

by
   Deputy Clerk

---

[1] Gomez's motion to file a late opposition to the motion to dismiss is denied as unnecessary because the opposition was timely filed.

INTERNAL USE ONLY: Proceedings include all events.
07-10037 USA v. Gomez

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Michael K. Kawahara, Esq.<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| LEANDRO GOMEZ, III<br>    Defendant - Appellant | Jack F. Schweigert, Esq.<br>FAX 808-533-7490<br>(808) 533-7491<br>Room 309<br>[COR LD NTC cja]<br>550 Halekauwila<br>Honolulu, HI 96813 |