Leandro Gomez III
40390-048
P.O. Box 5500
Adelanto, CA 92301

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2008

at 11 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

## CERTIFICATE OF SERVICE

I, Leandro Gomez III, hereby certify that I have served a true and correct copy of the following:

3 Copies
Motion Pursuant to Title 28 USC 2255

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the Court, Houston v. Lack, 101 L.Ed.2d 245 (1988), upon which the Court and parties to litigation and/or his/her attorney[s] of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States District Court
Walter A.Y.H. Chinn, District Clerk of Court
300 Ala Moana Blvd C-338
P.O. Box 50129
Honolulu Hawaii 96850-0338

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California, this 12th day of May, 2008.

Signature: Leandro Gomez III
Address: 40390-048
U.S.P. Victorville
P.O. Box 5500
Adelanto, California 92301