Leandro Gonulz III
48310-048
United States Penitentiary
P.O. Box 3500
Adelanto CA 92301

Legal Mail

12 MAY 2008 SAN BERNARDINO CA 924    12

United States District Court
District of Hawaii
Walter A.Y. Chin District Court Clerk
300 Ala Moana Blvd C-338
P.O. Box 50129
Honolulu Hawaii 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 15 2008
DISTRICT OF HAWAII







